**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| CHEETAH TRANSPORTATION, LLC, <br> A North Carolina Limited Liability Company, <br><br> Plaintiff, <br> v. <br><br> R&R LOGISTICS & TRANSPORTATION, <br> INC., an Illinois corporation, <br> DAN ROEBKE an individual, <br> and SCOTT RINGEL, an individual <br><br> Defendants. | Case No.: 5:06-CV-135 |

# ORDER

**THIS CAUSE** having come before the Court on Motion for Leave to Appear Pro Hac Vice in the Case of P. Bradley Bendure (document #15) filed January 3, 2007 to appear as co-counsel for Plaintiff Cheetah Transportation, LLC for admission *pro hac vice* of P. Bradley Bendure, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Plaintiff Cheetah Transportation, LLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

**IT IS FURTHER ORDERED** that P. Bradley Bendure shall pay to the Court the fees required by Local Rule 83.1(B).

Signed: January 3, 2007

David C. Keesler
United States Magistrate Judge