# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHEETAH TRANSPORTATION, LLC, ) <br> A North Carolina Limited Liability Company, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> R&R LOGISTICS & TRANSPORTATION, ) <br> INC., an Illinois corporation, ) <br> DAN ROEBKE an individual, ) <br> and SCOTT RINGEL, an individual ) <br> ) <br> Defendants. ) | Case No.: 5:06-CV-135 |

## **ORDER**

**THIS CAUSE** having come before the Court on Motion for Leave to Appear Pro Hac Vice in the Case of R. Richard Love, III (document #14) filed January 3, 2007 to appear as co-counsel for Plaintiff Cheetah Transportation, LLC for admission *pro hac vice* of R. Richard Love, III, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Plaintiff Cheetah Transportation, LLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

**IT IS FURTHER ORDERED** that R. Richard Love, III shall pay to the Court the fees required by Local Rule 83.1(B).

Signed: January 3, 2007

David C. Keesler
United States Magistrate Judge