# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:06-CV-135-RLV-DCK

| | |
|---|---|
| CHEETAH TRANSPORTATION, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| R&R LOGISTICS & TRANSPORTATION, ) | |
| INC., DAN ROEBKE and SCOTT RINGEL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The Status and Motions Hearing scheduled for September 4, 2007 will be rescheduled for September 6, 2007. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate disposition is appropriate.

**IT IS, THEREFORE, ORDERED** that the parties and/or their counsel shall appear before the undersigned on **September 6, 2007** for a Status and Motions Hearing prepared to summarize the status of this case and to argue any pending motions. Counsel for non-party Mason Dixon Intermodal, Inc. shall appear via telephone. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS FURTHER ORDERED** that Plaintiff shall file under seal, pursuant to Local Rule 5.1(D)(3), the materials it contends are at issue in its "Motion For Entry And Enforcement Of Stipulated Protective Order And Memorandum Of Law In Support" (Document No. 24) for the Court's *in camera* review, on or before **August 27, 2007**.

**IT IS FURTHER ORDERED** that Defendants and the non-party Mason Dixon Intermodal,

Inc., shall file responses stating their respective positions on the pending motions on or before **August 27, 2007**.

**SO ORDERED**.

The Clerk of Court is directed to send copies of this Order to counsel for the Plaintiff, the Defendants, the non-party Mason Dixon Intermodal, Inc., and the Honorable Richard L. Voorhees.

Signed: August 16, 2007

David C. Keesler
United States Magistrate Judge