IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:06-CV-135-RLV-DCK

| | |
|---|---|
| CHEETAH TRANSPORTATION, LLC, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>R&R LOGISTICS & TRANSPORTATION, )<br>INC., DAN ROEBKE and SCOTT RINGEL, )<br> )<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "Plainitff's [*sic*] Motion For Sanctions And Memorandum In Support" (Document no. 23), filed April 19, 2007. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate disposition is appropriate. The undersigned held a Status and Motions Hearing on September 6, 2007, and by Oral Order <u>granted in part</u> Plaintiff's motion for sanctions.

Specifically, the undersigned granted as sanctions the Plaintiff's reimbursement for its costs and expenses associated with a trip to Chicago, IL to depose Defendants. Defendants failed to appear at that scheduled deposition and have offered no excuse or explanation either by written submission or in their appearance before the Court on September 6, 2007. Therefore, the undersigned ordered Plaintiff to file documentation to support its costs and expenses for the trip to Chicago by October 1, 2007, and allowed Defendants seven (7) days thereafter to object to the claimed costs and expenses. <u>See</u> Document No. 33. As of this date, Defendants have filed no responses to Plaintiff's assessment of its costs and expenses.

**IT IS, THEREFORE, ORDERED** that "Plainitff's [*sic*] Motion For Sanctions And

Memorandum In Support" (Document no. 23) is **GRANTED IN PART** and Defendants shall pay Plaintiff **$10,037.32** on or before **November 16, 2007**.

        **SO ORDERED**.

        Signed: October 16, 2007

David C. Keesler
United States Magistrate Judge